

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| JAMES RANDALL DOWNS, | § | No. 08-23-00276-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| Appellee. | § | (TC# 08-10-05019-CRW) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF NOVEMBER, 2023.

GINA M. PALAFOX, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)